# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0744. JEFFERY WILLIAMS v. THE STATE.**

Following his indictment for multiple offenses, Jeffery Williams filed a "plea in bar/motion to dismiss/general demurrer," seeking the dismissal of his indictment. The trial court denied Williams's motion. Williams filed this direct appeal. We lack jurisdiction.

As the case remains pending in the trial court, Williams was required to follow the interlocutory appeal procedures outlined in OCGA § 5-6-34 (b), and his failure to do so deprives us of jurisdiction over this appeal. See OCGA § 5-6-34 (b); *In re Estate of Reece*, 360 Ga. App. 364, 365-366 (861 SE2d 169) (2021). For this reason, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/19/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*